FILED

APR - 3 1986

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ARTHUR G. JOHNSON, Clerk

By _____ Deputy

Helen D. Woodson, et al.,

                    Plaintiffs

          vs.                              Case No. 85-3049

John Quinn, et al.,

                    Defendants

ORDER AMENDING SECOND SCHEDULING ORDER

On this 2nd day of April, 1986,

IT IS ORDERED that the second scheduling order (Doc. 49) is hereby amended in the following particulars:

a)  Plaintiffs' expert's report shall be furnished to defendants' counsel on or before May 1, 1986.

b)  Defendants' expert's report shall be furnished to plaintiffs' counsel on or before June 1, 1986.

c)  All remaining discovery shall be completed by July 1, 1986.

d)  All amendments to pleadings, parties or requests therefor shall be filed on or before July 1, 1986.

e)  Any dispositive motions and supporting memoranda shall be filed on or before July 1, 1986.  A final pretrial conference shall be held herein July 9, 1986 at 11:00 o'clock A.M. at the Courtroom, Federal Building, 4th and Shawnee, Leavenworth, Kansas.

The remaining provisions of the second scheduling order shall remain in full force and effect.

_____
John C. Tillotson
UNITED STATES MAGISTRATE

67

Copies to:

Claudia J. York
Shughart, Thomson & Kilroy, P.C.
120 West 12th Street
Twelve Wyandotte Plaza, 17th Floor
Kansas City, Missouri   64105

David Waxse
Shook, Hardy & Bacon
40 Corporate Woods, Suite 650
9401 Indian Creek Parkway
Overland Park, Kansas   66225

Lawrence R. Rute
Kansas Legal Services
112 West 6th Street
Topeka, Kansas   66063

David R. Morris
American Civil Liberties Union
 of Western Missouri
210 Merriam Oaks Building
8500 West 63rd Street
Merriam, Kansas   66201

James R. Goheen
McAnany, Van Cleave & Phillips, P.A.
707 Minnesota Avenue, 4th Floor
P. O. Box 1398
Kansas City, Kansas 66101